JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ELIAS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AMERICAN MULTI-CINEMA, INC.;<br>BRIAN JOHNSON and DOES 1 to 25,<br><br>　　　　　Defendants. | Case No. 2:21-cv-08196-FLA (SPx)<br><br>**ORDER GRANTING JOINT STIPULATION FOR VOLUNTARY REMAND [DKT. 14]** |

　　On December 1, 2021, the court received the parties' Joint Stipulation for Voluntary Remand (the "Stipulation"). Dkt. 14. The court, having considered the Stipulation and finding good cause therefor, hereby GRANTS the Stipulation and REMANDS the action to the Superior Court of California, Los Angeles County. The Motion to Remand (DKT. [10]) is denied as moot.

　　IT IS SO ORDERED.

Dated: December 6, 2021

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　FERNANDO L. AENLLE-ROCHA
　　　　　　　　　　　　　　　　　　United States District Judge

1